FILED
CLERK, U.S. DISTRICT COURT

Feb 7, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DEAN, an individual, | CASE NO.: **CV16-00979 SVW (FFMx)** |
| | Hon. Stephen V. Wilson, Ctrm. 6, 2nd fl. |
| | Mag. Frederick F. Mumm, Ctrm. 580, Roybal |
| Plaintiff, | |
| | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| JOSHUS FLUTY, an individual; CHARLIE BECK, AN INDIVIDUAL; and CITY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive, | |
| Defendants. | |

After considering the moving, opposing, and reply papers, on February 2, 2017, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendants City of Los Angeles, Charlie Beck and Joshua Fluty.

1

Therefore, for the reasons set forth by this Court in its Order granting the Summary Judgment or Partial Summary Judgment (Pacer No. 85), judgment is hereby entered in Defendants' favor and against Plaintiff JEROME DEAN. As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P. 54(d).

**IT IS SO ORDERED.**

Dated: February 7, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE